KASA
x8904

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED DEC 31 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Adan JACOBO,

        Defendant.

Case No.: **19MJ5766**

COMPLAINT FOR VIOLATION OF

Title 21 U.S.C. § 952 and 960
Importation of a Controlled Substance
(Felony)

The undersigned complainant being duly sworn states:

On or about December 30, 2019, within the Southern District of California, Adan JACOBO did knowingly and intentionally import 100 grams and more, to wit: approximately 290.94 grams (0.64 pounds), of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

        Special Agent Carmen Jacobsen
        Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31 DAY OF DECEMBER.

        Honorable Allison H. Goddard
        United States Magistrate Judge

## STATEMENT OF FACTS

On December 30, 2019, at approximately 6:46 P.M., Adan JACOBO, ("JACOBO"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro POE pedestrian entry.

A Customs and Border Protection Officer (CBPO) conducting primary pedestrian inspections received a negative declaration from JACOBO. JACOBO stated he was going to Las Americas, in San Ysidro. The CBPO then noticed a large bulge in JACOBO's groin area. Another CBPO also recognized the bulge. When asked if he had anything in his pants JACOBO freely unzipped his pants and a CBPO then noticed a wrapping around JACOBO's groin area.

A CBPO conducted a pat down of JACOBO, at which time one (1) brick-like package was found in JACOBO's groin area. The package was wrapped in brown tape and held to JACOBO's body with an elastic bandage. JACOBO removed the package from his groin area.

A total of 1 package was found on JACOBO, with a weight of 290.94 grams. A sample of the substance contained within the package field tested positive for the properties of Heroin.

JACOBO was placed under arrest at approximately 7:50 P.M.

During a post-Miranda interview, JACOBO admitted that he was going to be paid $450.00 USD to smuggle the narcotics into the United States. JACOBO claimed to be taking the narcotics to Chula Vista, California.

JACOBO was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.